IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:12CV396-RJC-DSC

DARRYL LONG, individually and )
on behalf of all other similarly )
situated individuals, )
 )
    **Plaintiff,** )
 )
 )
v. )
 )
CPI SECURITY SYSTEMS, INC., )
 )
    **Defendant.** )
 )
_____ )

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Paul J. Lukas and Rachhana T. Srey]" (documents ##32 and 33) filed July 6, 2012. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

    **SO ORDERED**.

                      Signed: July 8, 2012

                      David S. Cayer
                      United States Magistrate Judge