IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:12CV396-RJC-DSC

DARRYL LONG, individually and )
on behalf of all other similarly )
situated individuals, )
                                   )
       **Plaintiff,**           )
                                   )
v.                                   )
                                   )
CPI SECURITY SYSTEMS, INC., )
                                   )
       **Defendant.**        )
                                   )
_____)

## **ORDER**

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Joseph G. Schmitt]" (document #36) filed July 17, 2012. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: July 17, 2012

David S. Cayer
United States Magistrate Judge