IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:12CV396-RJC-DSC

| | |
|---|---|
| **DARRYL LONG, individually and on behalf of all other similarly situated individuals,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>)<br>**v.** )<br>)<br>**CPI SECURITY SYSTEMS, INC.,** )<br>)<br>**Defendant.** )<br>)<br>_____ ) | |

## ORDER

**THIS MATTER** is before the Court on the Defendant's Expedited Motion for Enlargement of Time. After conferring with the chambers of the Honorable Robert J. Conrad, Jr., the Court **GRANTS** Defendant's Motion enlarging the time that Defendant has to respond to Plaintiff's Motion for Conditional Class Certification and Court Authorized Notice until December 8, 2012, and allowing Defendant to conduct limited discovery on the Named and Opt-in Plaintiffs.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: September 28, 2012

_David S. Cayer_
David S. Cayer
United States Magistrate Judge