IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:12CV396-RJC-DSC

| | |
|---|---|
| **DARRYL LONG, individually and on behalf of all other similarly situated individuals,** | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| **CPI SECURITY SYSTEMS, INC.,** | ) |
| Defendant. | )<br>) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Andrew G. Chase]" (document #58) filed November 28, 2012. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: November 28, 2012

David S. Cayer
United States Magistrate Judge