IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:12CV396-RJC-DSC

| | |
|---|---|
| **DARRYL LONG, individually and on behalf of all other similarly situated individuals,**<br><br>Plaintiff,<br><br>v.<br><br>**CPI SECURITY SYSTEMS, INC.,**<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Andrew G. Chase]" (document #58) filed November 28, 2012. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: November 28, 2012

_____
David S. Cayer
United States Magistrate Judge