# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-396-RJC-DCK

| | |
|---|---|
| DARRYL LONG, individually and on behalf of all other similarly situated individuals, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| CPI SECURITY SYSTEMS, INC., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed "The Parties' Alternative Dispute Resolution Report" (Document No. 102) notifying the Court that the parties reached a settlement on October 23, 2013. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **November 25, 2013.**

Signed: October 28, 2013

David C. Keesler
United States Magistrate Judge