IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-396-RJC-DCK

| | |
|---|---|
| DARRYL LONG, individually and on Behalf of all other similarly situated Individuals, ) ) ) ) Plaintiff, ) ) v. ) ) CPI SECURITY SYSTEMS, INC., ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Unopposed Motion To File Under Seal The Parties' Joint Motion For Judicial Approval Of Settlement And Dismissal With Prejudice" (Document No. 104) filed November 25, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Unopposed Motion To File Under Seal The Parties' Joint Motion For Judicial Approval Of Settlement And Dismissal With Prejudice" (Document No. 104) is **GRANTED**.

Signed: November 26, 2013

David C. Keesler
United States Magistrate Judge